UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation, <br><br> Defendant. | No. C18-880-RSM <br><br> ORDER TO COMPEL AUDIT |

THIS MATTER coming on duly and regularly for consideration upon Plaintiff's Motion and Memorandum for entry of an Order requiring Defendant to make available to Plaintiff's Trust Fund's representatives any and all payroll records, information, data, reports, documents and other financial records requested by the Trust Fund's auditor so that it may conduct a thorough examination of Defendant's books and records covering the period October 1, 2013 through the Present Date, the Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the Defendant not being represented by counsel, and the Court having reviewed the records and file herein, including the Declaration of Kyle Bailey and the exhibits thereto, the Declaration of Russell J. Reid, and the exhibits thereto, in

ORDER TO COMPEL AUDIT – C18-880-RSM
Page 1

support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby,

ORDERED that Defendant, National Express Transit Services Corporation, be and hereby is DIRECTED BY THE COURT, within fifteen (15) days of the entry of this Order to:

    A.    Make available to Plaintiff's Trust Fund's authorized representatives the following documents:

    1.    All tax documents listed on the contract and confirmation letter
- State Employer Security Reports
- State Industrial Insurance Reports
- Quarterly FICA and Federal Income Tax Reports (941/941A)
- Annual Federal Unemployment Reports (FUTA 940)

    2.    Complete employee roster that includes the route-type for each driver

    3.    Payroll for <u>all</u> employees for 10/01/2013 to 12/31/2017

    4.    Job descriptions for each iteration of the Driver and Mechanic position (Teamsters, ATUs, None's, Trainees and any others that do driving or mechanic work).

DATED this 24th day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, LLP
Attorney for Plaintiffs